# DOCUMENTS TO BE SEALED

## <u>PLAINTIFF</u>

## -V-

## <u>DEFENDANT</u>

FILED
U.S. DISTRICT COURT
'19 MAR 20 PM 3:49
S.D. OF N.Y.

<u>DOCKET NUMBER:</u> 19 CV 02498

<u>DATE FILED:</u> MAR 2 0 2019

<u>SIGNED BY:</u> JUDGE STEIN

<u>DATE SIGNED:</u> MAR 2 0 2019

## <u>TO BE FILED UNDER SEAL:</u>

_____ ENTIRE ACTION

_____ COMPLAINT / PETITION ONLY

  OTHER DOCUMENTS / EXHIBITS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NSC Investment, LLC and TGC/Korea Operating, LLC<br><br>Plaintiff,<br><br>-v-<br><br>POSCO Engineering & Construction Co., Ltd.,<br><br>Defendant. | Civil Action No.<br><br>**19 CV 02498** |

## [PROPOSED] ORDER

Plaintiffs NSC Investment, LLC and TGC/Korea Operating, LLC have moved for leave to file Exhibits A, B and D of their Complaint under seal. Having considered this Motion, as well as all other relevant materials and arguments, it is hereby

ORDERED that the Motion be and hereby is GRANTED, *subject to reconsideration by the judge to whom this litigation is assigned.*

Dated: March 20, 2019

_____
Judge, United States District Court for the
Southern District of New York
*Sidney H. Stein, Part 1*