# Exhibit E

**Exhibit E**

Relationship between the Parties and their jointly-owned LLCs:

