```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
NSC INVESTMENT, LLC, ET AL.,              DOC# _____
                                          DATE FILED: 9.18.19

                    Plaintiffs,           19cv2498 (JGK)

        - against -                       ORDER

POSCO ENGINEERING & CONSTRUCTION
CO., LTD.,

                    Defendant.
```

JOHN G. KOELTL, District Judge:

The defendant may file a motion to dismiss by **October 18, 2019**. The response is due **November 18, 2019**. The reply is due **December 2, 2019**.

SO ORDERED.

Dated:  New York, New York
        September 17, 2019

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge