UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NSC Investment, LLC and TGC/Korea Operating, LLC

                Plaintiffs,

    v.

POSCO Engineering & Construction Co., Ltd.,

                Defendant.

Civ. No. 19-cv-02498 (JGK)

### DECLARATION OF ANTHONY M. CANDIDO

Anthony M. Candido declares and states as follows:

1. I am a partner with the law firm Clifford Chance US LLP, counsel for Defendant POSCO Engineering and Construction Co., Ltd. ("POSCO E&C"). I submit this declaration in connection with POSCO E&C's Memorandum of Law in support of its Motion to Dismiss the Amended Complaint. I make this declaration based on my personal knowledge, information, and belief and my review of relevant documents.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Re-Amended and Restated Limited Liability Company Agreement of New Songdo International City Development Limited Liability Company by and between NSC Investment, LLC and POSCO E&C, dated August 5, 2011.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Re-Amended and Restated Limited Liability Company Agreement of Gale International (Korea), LLC by and between TGC/Korea Operating, LLC and POSCO E&C, dated August 5, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Unit Pledge Agreement by and between NSC Investment, LLC, POSCO E&C (as pledgors) and the Korean financial institutions listed therein (as pledgees), dated December 18, 2013.

I declare under penalty of perjury that the foregoing is correct.

Dated: October 18, 2019
New York, NY

_____/s/_____
Anthony M. Candido