**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NSC Investment, LLC and TGC/Korea Operating, LLC, | Civil Action No.  19-CV-02498 (JGK) |
| Plaintiffs, | |
| -v- | |
| POSCO Engineering & Construction Co., Ltd., | |
| Defendant. | |

## <u>DECLARATION OF TATIANA SAINATI</u>

**TATIANA SAINATI** declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a member of the law firm Wiley Rein LLP and serve as counsel for Plaintiffs.

2.      I have been admitted to this Court to practice *pro hac vice* on this matter.

3.      I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss.

4.      Attached hereto as Exhibit 1 is a true and correct copy of an email from Gregory M. Williams to Anthony Candido.

5.      Attached hereto as Exhibit 2 is a true and correct copy of a letter from Gregory M. Williams to Anthony Candido.

6.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Stanley C. Gale.

7.      Exhibit 4 is a true and correct copy of POSCO E&C's Answer and Counterclaim submitted to the ICC Tribunal on May 27, 2019, which Plaintiffs have moved to file under seal.

1

If the motion to file under seal is granted, then Plaintiffs will file Exhibit 4 under seal forthwith.

If the motion to file under seal is denied, then Plaintiffs will file Exhibit 4 on the docket forthwith.

8.      Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Professor Keechang Kim.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2019.

/s/ Tatiana Sainati_____
TATIANA SAINATI

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on November 18, 2019, a true and correct copy of the foregoing was filed and served electronically through the Court's CM/ECF system.

<u>/s/ Tatiana Sainati</u>
Tatiana Sainati