Exhibit 1

## Sainati, Tatiana

| | |
|---|---|
| **From:** | Anthony.Candido@CliffordChance.com |
| **Sent:** | Monday, September 16, 2019 11:24 AM |
| **To:** | Williams, Gregory |
| **Cc:** | Michael.Lightfoot@CliffordChance.com; Sainati, Tatiana |
| **Subject:** | RE: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240] |

Greg,

Are you available later this afternoon to discuss?  We are generally available after 1.

Best,

Tony

**From:** Williams, Gregory <GWilliams@wileyrein.com>
**Sent:** Monday, September 16, 2019 10:50 AM
**To:** Candido, Anthony (Litigation-NY) <Anthony.Candido@CliffordChance.com>
**Cc:** Lightfoot, Michael (L&DR-NY) <Michael.Lightfoot@CliffordChance.com>; Sainati, Tatiana <TSainati@wileyrein.com>
**Subject:** RE: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]

Tony and Michael,

I am not certain whether my communications with BKL regarding the SDNY case prior to your retention have been conveyed to you.  If POSCO agrees both that the current claims in the ICC proceeding are subject to arbitration and that neither party will seek to resolve any disputes with respect to the parties' rights or obligations under the Unit Pledge Agreement outside of the ICC proceeding, we may be able to dismiss the SDNY action.  Please let me know if you would like to discuss.

Best regards,

Greg

**From:** Anthony.Candido@CliffordChance.com <Anthony.Candido@CliffordChance.com>
**Sent:** Friday, August 30, 2019 4:26 PM
**To:** Williams, Gregory <GWilliams@wileyrein.com>
**Cc:** Michael.Lightfoot@CliffordChance.com; Sainati, Tatiana <TSainati@wileyrein.com>
**Subject:** Re: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]

Yes, of course, we've agreed on that.  Let's discuss the best way to communicate that to the Court after the long weekend.

Best

Tony

On Aug 30, 2019, at 4:18 PM, Williams, Gregory <GWilliams@wileyrein.com> wrote:

> Tony and Michael, I wanted to touch base.  We had discussed POSCO accepting serve as of August 23rd.
>
> Thanks,
>
> Greg
>
> ---
>
> **From:** Williams, Gregory <GWilliams@wileyrein.com>
> **Sent:** Wednesday, July 17, 2019 11:30 AM
> **To:** Anthony.Candido@CliffordChance.com
> **Cc:** Michael.Lightfoot@CliffordChance.com; Sainati, Tatiana <TSainati@wileyrein.com>
> **Subject:** RE: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]
>
> Tony and Michael, nice to meet you electronically.  I am sure that you have both of the attached already.  But for good measure, here are the amended complaint and required form.
>
> I provide them as a courtesy (not, for example, to establish a relevant deadline.)  We understand that POSCO is only accepting service as of a future date (likely August 23rd).
>
> Thanks,
>
> Greg
>
> ---
>
> **From:** Williams, Gregory
> **Sent:** Tuesday, July 16, 2019 4:14 PM
> **To:** 'Anthony.Candido@CliffordChance.com' <Anthony.Candido@CliffordChance.com>
> **Cc:** Michael.Lightfoot@CliffordChance.com; Sainati, Tatiana <TSainati@wileyrein.com>
> **Subject:** RE: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]
>
> Sounds good
>
> ---
>
> **From:** Anthony.Candido@CliffordChance.com <Anthony.Candido@CliffordChance.com>
> **Sent:** Tuesday, July 16, 2019 3:52 PM
> **To:** Williams, Gregory <GWilliams@wileyrein.com>
> **Cc:** Michael.Lightfoot@CliffordChance.com; Sainati, Tatiana <TSainati@wileyrein.com>
> **Subject:** RE: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]
>
> Perfect.  We'll call over then.
>
> ---
>
> **From:** Williams, Gregory <GWilliams@wileyrein.com>
> **Sent:** Tuesday, July 16, 2019 3:50 PM
> **To:** Candido, Anthony (Litigation-NY) <Anthony.Candido@CliffordChance.com>
> **Cc:** Lightfoot, Michael (L&DR-NY) <Michael.Lightfoot@CliffordChance.com>; Sainati, Tatiana <TSainati@wileyrein.com>

**Subject:** RE: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]

Thanks.  How about 10:30 a.m. tomorrow?  Does that work?

---

**From:** Anthony.Candido@CliffordChance.com <Anthony.Candido@CliffordChance.com>
**Sent:** Tuesday, July 16, 2019 3:47 PM
**To:** Williams, Gregory <GWilliams@wileyrein.com>
**Cc:** Michael.Lightfoot@CliffordChance.com
**Subject:** RE: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]

Greg,

Hope your trip back from Aftrica went well.  Is there a good time tomorrow to touch base on scheduling?

Best,

Tony

---

**From:** Williams, Gregory <GWilliams@wileyrein.com>
**Sent:** Tuesday, July 9, 2019 11:08 AM
**To:** Candido, Anthony (Litigation-NY) <Anthony.Candido@CliffordChance.com>
**Cc:** matthew.christensen@bkl.co.kr; Smith, Richard <rwsmith@wileyrein.com>; Sainati, Tatiana <TSainati@wileyrein.com>; Lightfoot, Michael (L&DR-NY) <Michael.Lightfoot@CliffordChance.com>; Fry, Jason (L&DR.Litigation & Arbitration-PAR) <Jason.Fry@CliffordChance.com>; Trikha, Sachin (L&DR-LON) <Sachin.Trikha@CliffordChance.com>; kevin.kim@bkl.co.kr; john.bang@bkl.co.kr; seokchun.yun@bkl.co.kr; woojae.kim@bkl.co.kr; eunkyung.yoo@bkl.co.kr; soyun.oh@bkl.co.kr; JSRYOO@bkl.co.kr
**Subject:** Re: [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]

Thanks, Tony.  That makes sense to me.

Regards,

Greg

On Jul 9, 2019, at 4:39 PM, Anthony.Candido@CliffordChance.com <Anthony.Candido@cliffordchance.com> wrote:

> Greg,
>
> Nice to meet you as well.  Getting an extension for the conference makes sense to us.  Should we discuss the details and scheduling when you get back?
>
> Enjoy Africa!
>
> Best,

3

Tony

___

**From:** Williams, Gregory <GWilliams@wileyrein.com>
**Sent:** Tuesday, July 9, 2019 10:03 AM
**To:** Matthew J. Christensen (BKL) <matthew.christensen@bkl.co.kr>
**Cc:** Smith, Richard <rwsmith@wileyrein.com>; Sainati, Tatiana
<TSainati@wileyrein.com>; Candido, Anthony (Litigation-NY)
<Anthony.Candido@CliffordChance.com>; Lightfoot, Michael (L&DR-NY)
<Michael.Lightfoot@CliffordChance.com>; Fry, Jason (L&DR.Litigation & Arbitration-
PAR) <Jason.Fry@CliffordChance.com>; Trikha, Sachin (L&DR-LON)
<Sachin.Trikha@CliffordChance.com>; Kevin K. Kim (BKL) <kevin.kim@bkl.co.kr>; John P.
Bang (BKL) <john.bang@bkl.co.kr>; Seokchun Yun (BKL) <seokchun.yun@bkl.co.kr>;
Woojae Kim (BKL) <woojae.kim@bkl.co.kr>; Jennifer Eunkyung Yoo (BKL)
<eunkyung.yoo@bkl.co.kr>; Soyun Sophie Oh (BKL) <soyun.oh@bkl.co.kr>; s_Jisu Ryoo
(BKL) <JSRYOO@bkl.co.kr>
**Subject:** [EXT] Re: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea
Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]

Thanks, Matthew.

We will send you comments on the draft Terms of Reference and Procedural Order sh
ortly.  Please feel free to email your comments to us as well.

Tony and Michael, nice to meet you.  The pretrial conference is currently set for the e
nd of this month.  We were intending to file a request for an extension today, but tha
t was premised, in part, on service.  We should discuss whether we should jointly seek
an extension and a timetable for your response.

I am traveling in Africa this week, but am reachable by email.

Thanks,

Greg

On Jul 9, 2019, at 3:49 PM, Matthew J. Christensen (BKL) <matthew.christensen@bkl.co
.kr> wrote:

> Dear Greg,
>
> Further to your email exchange with Kevin below, we have now ta
> ken instructions in regard to the SDNY action. POSCO E&C remains
> of the view that the dispute filed by Gale with the SDNY is not subj
> ect to arbitration. That said, we are instructed to inform you that
> POSCO E&C has decided to waive service of Gale's complaint and
> hopes to agree a timetable for its response without further delay.

To that end, I am copying POSCO E&C's counsel for the SDNY matter, Anthony Candido and Michael Lightfoot of Clifford Chance's New York office (contact details attached). Tony will reach out to you shortly to discuss next steps. We appreciate that you may have already commenced the service process, but trust that POSCO E&C's waiver of service will still be helpful in reducing time and cost to some extent.

On a separate issue, you will have seen that Dr. Moser has requested the parties' consolidated mark-up of the Tribunal's draft Terms of Reference and Procedural Order No. 1 by next Monday, 15 July 2019. If you have any comments or proposals that you want us to consider, please feel free to send them over. In view of the time difference, we were thinking that discussing by email might be most convenient but if you would prefer to set up a conference call in the next day or two, just let us know as we would be open to that approach as well.

We look forward to hearing from you.

With kind regards,

**Matthew J. Christensen**
Senior Foreign Attorney (Member of New York Bar)
**T** 82 2 3404 0227     **M** 82 10 2073 0227     **F** 82 2 3404 7306     **E** matthew.christensen@bkl.co.kr

<image001.png>

133 Teheran-ro, Gangnam-gu, Seoul, 06133, REPUBLIC OF KOREA
Main 82 2 3404 0000    Fax 82 2 3404 0001    www.bkl.co.kr

This email is intended solely for the named addressee(s) and may contain information that is privileged, confidential or otherwise protected under applicable law. Any unauthorized dissemination, distribution, copying or use of any content of this email is strictly prohibited. If you have received this email in error, please notify us by return email, and please erase this email immediately.

```
-----Original Message-----
From: Williams, Gregory <GWilliams@wileyrein.com>
Sent: Friday, May 31, 2019 10:52 PM
To: Kevin K. Kim (BKL) <kevin.kim@BKL.co.kr>
Cc: Hazel.TANG@iccwbo.org; eugene.thong@iccwbo.org; icall <icall@iccwbo.org>; Smith, Richard <rwsmith@wileyrein.com>; Sainati, Tatiana <TSainati@wileyrein.com>; John P. Bang (BKL) <john.bang@BKL.co.kr>; Matthew J. Christensen (BKL) <matthew.christensen@BKL.co.kr>; Seokchun Yun (BKL) <seokchun.yun@BKL.co.kr>; Woojae Kim (BKL) <woojae.kim@bkl.co.kr>; Jennifer Eunkyung Yoo (BKL) <eunkyung.yoo@bkl.co.kr>; Grace Chung (BKL) <grace.chung@bkl.co.kr>; s_Jisu Ryoo (BKL) <JSRYOO@bkl.co.kr>
Subject: RE: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]
```

Kevin, thank you for your note.  As it has been over one month since my initial request, we will proceed on the understanding that POSCO E&C is not agreeing to waive service or, at least at this point in time, willing to agree that all issues between the parties are subject to arbitration.  We will proceed to serve POSCO in the SDNY action.

Best regards,

Greg

-----Original Message-----
From: Kevin K. Kim (BKL) <kevin.kim@BKL.co.kr>
Sent: Friday, May 31, 2019 9:32 AM
To: Williams, Gregory <GWilliams@wileyrein.com>
Cc: Hazel.TANG@iccwbo.org; eugene.thong@iccwbo.org; icall <icall@iccwbo.org>; Smith, Richard <rwsmith@wileyrein.com>; Sainati, Tatiana <TSainati@wileyrein.com>; John P. Bang (BKL) <john.bang@BKL.co.kr>; Matthew J. Christensen (BKL) <matthew.christensen@BKL.co.kr>; Seokchun Yun (BKL) <seokchun.yun@BKL.co.kr>; Woojae Kim (BKL) <woojae.kim@bkl.co.kr>; Jennifer Eunkyung Yoo (BKL) <eunkyung.yoo@bkl.co.kr>; Grace Chung (BKL) <grace.chung@bkl.co.kr>; s_Jisu Ryoo (BKL) <JSRYOO@bkl.co.kr>; Kevin K. Kim (BKL) <kevin.kim@BKL.co.kr>
Subject: RE: ICC Case No. 24343/HTG - NSC Investment, LLC and TGC/Korea Operating, LLC v/ POSCO Engineering & Construction Co., Ltd. [BKL.REF.33240]

Dear Greg,

Thank you for your message below. Notwithstanding the reference to waiting for service in para 149 of the Answer and Counterclaim, I can confirm that no decision has been made yet on the question of whether to waive service in relation to the SDNY action. At this time we are still taking instructions, but will provide a substantive response to your earlier proposal on that issue as soon as we are in position to do so.

With kind regards,
Kevin

Kap-You (Kevin) KIM
Senior Partner

T  82 2 3404 0333       M  82 10 2021 0024       F  82 2 3404 7306       E  kevin.kim@bkl.co.kr

133 Teheran-ro, Gangnam-gu, Seoul, 06133, REPUBLIC OF
KOREA

Main 82 2 3404 0000    Fax 82 2 3404 0001    www.bkl.
co.kr

This email is intended solely for the named addressee
(s) and may contain information that is privileged, c
onfidential or otherwise protected under applicable l
aw. Any unauthorized dissemination, distribution, cop
ying or use of any content of this email is strictly
prohibited. If you have received this email in error,
please notify us by return email, and please erase th
is email immediately.

-----Original Message-----
From: Williams, Gregory <GWilliams@wileyrein.com>
Sent: Wednesday, May 29, 2019 12:06 PM
To: Kevin K. Kim (BKL) <kevin.kim@BKL.co.kr>
Cc: Hazel.TANG@iccwbo.org; eugene.thong@iccwbo.org; i
call <icall@iccwbo.org>; Smith, Richard <rwsmith@wile
yrein.com>; Sainati, Tatiana <TSainati@wileyrein.com>
; John P. Bang (BKL) <john.bang@BKL.co.kr>; Matthew J
. Christensen (BKL) <matthew.christensen@BKL.co.kr>;
Seokchun Yun (BKL) <seokchun.yun@BKL.co.kr>; Woojae K
im (BKL) <woojae.kim@bkl.co.kr>; Jennifer Eunkyung Yo
o (BKL) <eunkyung.yoo@bkl.co.kr>; Grace Chung (BKL) <
grace.chung@bkl.co.kr>; s_Jisu Ryoo (BKL) <JSRYOO@bkl
.co.kr>
Subject: Re: ICC Case No. 24343/HTG - NSC Investment,
LLC and TGC/Korea Operating, LLC v/ POSCO Engineering
& Construction Co., Ltd. [BKL.REF.33240]

Kevin, do I understand from POSCO's answer that you w
ill not be waiting service in the SDNY case?

Regards,

Greg

> On May 9, 2019, at 8:04 PM, Kevin K. Kim (BKL) <kev
in.kim@bkl.co.kr> wrote:
>
> Dear Mr. Williams,
>
> Thank you for your message below. I confirm safe re
ceipt of your previous email and attachments. As you

will appreciate, we are currently reviewing the matte
r and taking instructions from our client but will re
vert to you with a substantive response as soon as we
are in position to do so.
>
> With kind regards,
>
> Kevin Kim
>
> Kap-You (Kevin) KIM
> Senior Partner
>
>
>
>
> T  82 2 3404 0333        M  82 10 2021 002
4        F  82 2 3404 7306        E  kevin.kim@bkl.
co.kr
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> 133 Teheran-ro, Gangnam-gu, Seoul, 06133, REPUBLIC
OF KOREA
>
>
>
> Main 82 2 3404 0000   Fax 82 2 3404 0001   www.bk
l.co.kr
>
>
>
>
>
> This email is intended solely for the named address
ee(s) and may contain information that is privileged,
confidential or otherwise protected under applicable
law. Any unauthorized dissemination, distribution, co
pying or use of any content of this email is strictly
prohibited. If you have received this email in error,
please notify us by return email, and please erase th
is email immediately.
>
> -----Original Message-----
> From: Williams, Gregory <GWilliams@wileyrein.com>
> Sent: Tuesday, May 7, 2019 10:16 PM
> To: Kevin K. Kim (BKL) <kevin.kim@BKL.co.kr>; Hazel
.TANG@iccwbo.org; eugene.thong@iccwbo.org
> Cc: ical1 <ical1@iccwbo.org>; Smith, Richard <rwsmi
th@wileyrein.com>; Sainati, Tatiana <TSainati@wileyre

in.com>; John P. Bang (BKL) <john.bang@BKL.co.kr>; Ma
tthew J. Christensen (BKL) <matthew.christensen@BKL.c
o.kr>; Seokchun Yun (BKL) <seokchun.yun@BKL.co.kr>; W
oojae Kim (BKL) <woojae.kim@bkl.co.kr>; Jennifer Eunk
yung Yoo (BKL) <eunkyung.yoo@bkl.co.kr>; Grace Chung
(BKL) <grace.chung@bkl.co.kr>; s_Jisu Ryoo (BKL) <JSR
YOO@bkl.co.kr>
> Subject: Re: ICC Case No. 24343/HTG - NSC Investmen
t, LLC and TGC/Korea Operating, LLC v/ POSCO Engineer
ing & Construction Co., Ltd. [BKL.REF.33240]
>
> Mr. Kim, can you please confirm that you received m
y email and letter and please let me know by when you
will be able to respond?
>
> Regards,
>
> Greg
>
>> On Apr 26, 2019, at 6:09 PM, Williams, Gregory <GW
illiams@wileyrein.com> wrote:
>>
>> Dear Mr. Kim,
>>
>> Thank you for your letter.  I acknowledge receipt
thereof.
>>
>> Further, I wanted to alert you to the fact that we
have filed a declaratory judgment action in the South
ern District of New York.  I have attached a courtesy
copy of our complaint and attachments in that action,
other than our ICC request for arbitration and exhibi
ts, which is quite large and you already have.  I can
send the ICC request (Exhibit A) by secure send separ
ately.  If POSCO E&C is willing to waive service, we
are amenable to agreeing to additional time for POSCO
E&C to reply to the Complaint.
>>
>> Moreover, as you can see in the attached, we belie
ve that all of the disputes between the parties are s
ubject to arbitration.  If POSCO E&C concurs, we can
discuss dismissal of the SDNY action.
>>
>> Best regards,
>>
>> Gregory M. Williams
>>
>>
>> From: Kevin K. Kim (BKL) <kevin.kim@BKL.co.kr>
>> Sent: Friday, April 26, 2019 2:10 AM
>> To: Hazel.TANG@iccwbo.org; eugene.thong@iccwbo.org
>> Cc: 'ical1' <ical1@iccwbo.org>; Williams, Gregory
<GWilliams@wileyrein.com>; Smith, Richard <rwsmith@wi
leyrein.com>; Sainati, Tatiana <TSainati@wileyrein.co
m>; Kevin K. Kim (BKL) <kevin.kim@BKL.co.kr>; John P.
Bang (BKL) <john.bang@BKL.co.kr>; Matthew J. Christen
sen (BKL) <matthew.christensen@BKL.co.kr>; Seokchun Y
un (BKL) <seokchun.yun@BKL.co.kr>; Woojae Kim (BKL) <
woojae.kim@bkl.co.kr>; Jennifer Eunkyung Yoo (BKL) <e
unkyung.yoo@bkl.co.kr>; Grace Chung (BKL) <grace.chun
g@bkl.co.kr>; s_Jisu Ryoo (BKL) <JSRYOO@bkl.co.kr>; K
evin K. Kim (BKL) <kevin.kim@BKL.co.kr>

>> Subject: ICC Case No. 24343/HTG - NSC Investment,
LLC and TGC/Korea Operating, LLC v/ POSCO Engineering
& Construction Co., Ltd. [BKL.REF.33240]
>>
>> Dear Counsel,
>>
>> On behalf of the Respondent in the above-captioned
reference, we attach a letter for your attention.
>>
>> With kind regards,
>>
>> Kap-You (Kevin) KIM
>>
>> Senior Partner
>>
>> T  82 2 3404 0333          M  82 10 2021 002
4          F  82 2 3404 7306          E  kevin.kim@bkl.
co.kr<mailto:kevin.kim@bkl.co.kr>
>>
>> [BAE, KIM & LEE LLC]
>>
>> 133 Teheran-ro, Gangnam-gu, Seoul, 06133, REPUBLIC
OF KOREA
>>
>> Main 82 2 3404 0000   Fax 82 2 3404 0001     www.b
kl.co.kr<http://www.bkl.co.kr>
>>
>>
>>
>> This email is intended solely for the named addres
see(s) and may contain information that is privileged
, confidential or otherwise protected under applicabl
e law. Any unauthorized dissemination, distribution,
copying or use of any content of this email is strict
ly prohibited. If you have received this email in err
or, please notify us by return email, and please eras
e this email immediately.
>>
>> <image001.png>
>> <SDNY Filing and Exhibits Under Seal.zip>
>
> NOTICE: This message (including any attachments) fr
om Wiley Rein LLP may constitute an attorney-client c
ommunication and may contain information that is PRIV
ILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT.
If you are not an intended recipient, you are hereby
notified that any dissemination of this message is st
rictly prohibited. If you have received this message
in error, please do not read, copy or forward this me
ssage. Please permanently delete all copies and any a
ttachments and notify the sender immediately by sendi
ng an e-mail to Information@wileyrein.com.
>

<vcard (Tony Candido).vcf>

<vcard (Michael Lightfoot).vcf>


*******

This message and any attachment are confidential and may be privileged or otherwise
protected from disclosure.
If you are not the intended recipient, please telephone or email the sender and delete
this message and any
attachment from your system.  If you are not the intended recipient you must not copy
this message or attachment
or disclose the contents to any other person.

Clifford Chance as a global firm regularly shares client and/or matter-related data
among its different
offices and support entities in strict compliance with internal control policies and
statutory requirements.
Incoming and outgoing email communications may be monitored by Clifford Chance, as
permitted by applicable
law and regulations.

For further information about Clifford Chance please see our website at
http://www.cliffordchance.com or refer
to any Clifford Chance office.

Switchboard: +1 212 878 8000
Fax: +1 212 878 8375

To contact any other office
http://www.cliffordchance.com/people_and_places/people.html

For details of how we process personal data, please see our updated privacy statement.

[CC]Office1[/CC]