# Exhibit 2



Gregory M. Williams
202.719.7593
gwilliams@wileyrein.com

Tatiana Sainati
202.719.3544
tsainati@wileyrein.com

October 10, 2019

**Via Email**

Anthony Candido
Michael Lightfoot
Clifford Chance
31 West 52nd Street
New York, NY 10019-6131
Anthony.candido@cliffordchance.com
Michael.lightfoot@cliffordchance.com

Re:   Case 1:19-cv-02498-JGK *NSC Investment, LLC et al v. POSCO Engineering & Construction Co., Ltd.*

Dear Tony and Michael:

We write to reiterate our proposed resolution of the above-captioned matter. As previously discussed, Plaintiffs would be willing to dismiss the SDNY action if POSCO Engineering & Construction Co., Ltd.'s ("POSCO") agrees not to bring a claim in Korean court under, or relating to, the Unit Pledge Agreement. Such an arrangement will not prevent POSCO from making any argument it wishes to advance in the currently-pending ICC Case No. 24343/HTG.

We believe that this proposed resolution would be in the best interest of both Parties and would avoid costly side litigation.

Best regards,

Gregory M. Williams
Tatiana Sainati

Anthony Candido
Michael Lightfoot
October 10, 2019
Page 2


cc:     Kap-You (Kevin) Kim
        John Bang
        Matthew J. Christensen
        Bae, Kim & Lee, LLC

        Jason Fry
        Simon Greenberg
        Clifford Chance Europe, LLP, Paris