UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NSC INVESTMENT, LLC, ET AL.,

        Plaintiffs,

- against -

POSCO ENGINEERING & CONSTRUCTION CO., LTD.,

        Defendant.

19-cv-2498 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Pursuant to Federal Rule of Civil Procedure 7.1, the parties are directed to file corporate disclosure statements by December 2, 2019.

SO ORDERED.

Dated:    New York, New York
           November 22, 2019

                                /s/ John G. Koeltl
                                John G. Koeltl
                                United States District Judge