Gregory M. Williams
202.719.7593
gwilliams@wiley.law

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/20
```

**wiley**

Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Tel: 202.719.7000

wiley.law

October 21, 2020

**Via ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:  **_NSC Inv., LLC & TGC/Korea Operating, LLC v. POSCO Eng'g & Constr. Co., Ltd.,_ Case No. 1:19-cv-2498 (JGK)**

Dear Judge Koeltl,

We represent the Plaintiffs in the above-referenced matter. We write pursuant to Your Honor's Individual Rule of Practice No. I.E. to respectfully request adjournment of the oral argument on Defendant POSCO Engineering & Construction Co., Ltd.'s Motion to Dismiss (D.E.-31). The parties are negotiating a possible resolution of this matter and believe that a 30-day adjournment, or such later date as the Court prefers, would conserve resources for the Court and the parties.

Currently, oral argument is scheduled for tomorrow, October 22, 2020, at 3:30 p.m. There have been no previous requests for an adjournment of this argument (so no such requests have been granted or denied). Plaintiffs and Defendant mutually agree to this adjournment. We apologize for not providing 48-hours advance notice. Current conditions and the time differences between the parties led to unanticipated delays.

We thank the Court for its attention to this matter.

Respectfully,

/s/ Rebecca Fiebig

Rebecca Fiebig (Bar No. RP1982)
Gregory M. Williams
Tatiana Sainati
Douglas C. Dreier
Martha G. Vázquez
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7593

*Argument adjourned to 11/19/20 at 3:30 p.m. No further adjournments. So ordered.*

/s/ John G. Koeltl
U.S.D.J.

10/21/20

Fax: (202) 719-7049
gwilliams@wiley.law

cc: Anthony M. Candido (counsel for Defendant POSCO E&C, via ECF).