USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
FILED: 11-17-20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NSC Investment, LLC and TGC/Korea Operating, LLC<br><br>Plaintiffs,<br><br>-v-<br><br>POSCO Engineering & Construction Co., Ltd.,<br><br>Defendant. | Civil Action No. 19-CV-02498 (JGK) |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs NSC Investment, LLC and TGC/Korea Operating, LLC and Defendant POSCO Engineering & Construction Co., Ltd. stipulate to the dismissal of this action without prejudice. Each party will bear its own fees and costs.

So stipulated and agreed.

_____
Rebecca Fiebig (Bar No. RP1982)
Gregory M. Williams
Tatiana Sainati
Douglas C. Dreier
Martha G. Vázquez
Hyok Chang
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
gwilliams@wiley.law
Phone: 202-719-7593
Facsimile: 202-719-7049

*Counsel for Plaintiffs*

Dated: November 16, 2020

_____
Anthony M. Candido
Michael Lightfoot
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel: 212-878-8000
Fax: 212-878-8375

*Counsel for Defendant*

The Clerk is directed to close this case and to close all pending motions. So ordered.

11/17/20      /s/ J. Koeltl
                 U.S.D.J.